# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

DEREK L. HOLT,

    *Plaintiff*,

v.                                 Case No. 1:17cv191-MW/CAS

NANCY A. BERRYHILL,
Deputy Commissioner for
Operations,

    *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument, ECF No. 17. Accordingly,

**IT IS ORDERED:**

1. The report and recommendation is **ACCEPTED and ADOPTED**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**."

1

2. Plaintiff's request for oral argument is **DENIED**.

3. The Clerk shall close the file.

**SO ORDERED on May 31, 2018.**

<u>s/Mark E. Walker</u>
**United States District Judge**